**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000055
15-DEC-2021
08:48 AM
Dkt. 40 OAWST**

NO. CAAP-21-0000055

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHELLEY VECCHITTO, Petitioner-Appellee v.
JASON ARIKI SCHMIDT, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 17-1-0906)

ORDER APPROVING JOINT STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Joint Stipulation to Dismiss Appeal, filed December 10, 2021, by Respondent-Appellant Jason Ariki Schmidt, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss this appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with each party to bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 15, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge